UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| | | |
|---|---|---|
| Blue Spike, LLC, | § § § | |
| *Appellant*, | § § | Case No. 15-1803 |
| v. | § § § | |
| Adobe Systems, Inc., | § § § | |
| *Appellee*. | § | |

**APPELLANT BLUE SPIKE, LLC'S OPPOSED MOTION FOR STAY OR, IN THE ALTERNATIVE, FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF**

Pursuant to Federal Rule of Appellate Procedure 27, Appellant Blue Spike, LLC ("Blue Spike") moves for a stay of the appeal pending under Case No. 15-1803. In the alternative, Blue Spike moves for a 30-day extension of time to file its Appellant Brief pursuant to Federal Circuit Rule 26(b).

### FACTUAL BACKGROUND

Blue Spike's appeal in Case No. 15-1803 stems from a patent suit that Blue Spike filed against Appellee Adobe Systems, Inc. ("Adobe") in the Eastern District of Texas. The suit was transferred to the District Court for the Northern District of California, which eventually issued a judgment dismissing the suit with prejudice on June 2, 2015. Blue Spike appeals from that judgment under Case No. 15-1803.

After the Northern District of California court signed the judgment, Adobe moved to recover its attorney's fees on June 16, 2015. The District Court has not yet ruled on Adobe's attorney's fees motion, but an appeal from that ruling is likely.

### ARGUMENT

Blue Spike asks the Court to stay Case No. 15-1803. Judicial efficiency weighs strongly in favor of staying the present appeal until after the District Court rules on

Adobe's motion for attorney's fees, given the likelihood of an appeal stemming from the District Court's forthcoming ruling. *Cf. Orenshteyn v. Citrix Sys., Inc.*, 318 Fed. App'x 888, 888-89 (Fed. Cir. 2008) (staying an appeal from a judgment because a subsequent appeal of an award of attorney's fees was expected). If the District Court's ruling is appealed (by either party), then this Court will be able to consolidate that appeal with Case No. 15-1803. Doing so would save judicial resources and also save the parties time and money. *See Spraytex, Inc. v. DJS&T*, 96 F.3d 1377, 1382 (Fed. Cir. 1996) ("[R]eview of all issues in the same appeal makes for greater judicial efficiency."). It is also possible that the District Court's ruling on Adobe's fees motion will obviate the need for Case No. 15-1803 to proceed at all.

Alternatively, if the Court denies Blue Spike's motion to stay Case No. 15-1803, then Blue Spike requests a 30-day extension of time to file its Appellant Brief. This motion for alternative relief is accompanied by declaration of Blue Spike counsel, pursuant to Federal Circuit Rule 26(b)(5). The Appellant Brief is currently due on September 8, 2015,[1] so a 30-day extension would make it due on October 8, 2015. This is the first extension that Blue Spike has requested. It is likely that the District Court will rule on Adobe's pending motion for attorney's fees during the 30-day extension period, which would allow Blue Spike to better tailor its briefing to the outstanding issues, including an appeal from an award of attorney's fees. Blue Spike seeks this extension not for delay, but so that justice may be done.

Counsel for Blue Spike has discussed this motion with counsel for Adobe, who indicated that his client needed more time to take a position on whether it would oppose

---

[1] Blue Spike's motion in the alternative to extend the briefing deadline is within the 7-day period prescribed by Federal Circuit Rule 26(b)(1).

the motion or whether it plans to file a response. *See* Declaration of Randall T. Garteiser in Support of Appellant Blue Spike, LLC's Opposed Motion for Stay or, in the Alternative, for Extension of Time to File Appellant's Brief, ¶ 4. Blue Spike files this motion as opposed out of an abundance of caution and understands Adobe may file a response in opposition or a notice of no opposition. *Id*.

## CONCLUSION

For the foregoing reasons, Appellant Blue Spike, LLC respectfully requests that the Court stay Case No. 15-1803 until after the District Court of the Northern District of California has ruled on Appellee Adobe Systems, Inc.'s pending motion for attorney's fees. Alternatively, if the Court denies Blue Spike's stay motion, Blue Spike respectfully requests a 30-day extension of time to file its Appellant Brief, which would make the Brief due on October 8, 2015.

Respectfully submitted,

  /s/ Randall Garteiser
Randall T. Garteiser
 Lead Attorney
 Texas Bar No. 24038912
 rgarteiser@ghiplaw.com
Christopher A. Honea
 Texas Bar No. 24059967
 chonea@ghiplaw.com
Christopher S. Johns
 Texas Bar No. 24044849
Kirk J. Anderson
 California Bar No. 289043
Molly A. Jones
 California Bar No. 301419

G<small>ARTEISER</small> H<small>ONEA</small>, P.C.<br>
218 North College Avenue<br>
Tyler, Texas 75702<br>
(903) 705-7420<br>
(888) 908-4400 fax

*Attorneys for Blue Spike, LLC*