NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BLUE SPIKE, LLC,**
*Plaintiff-Appellant*

v.

**ADOBE SYSTEMS, INC.,**
*Defendant-Appellee*

---

2015-1803

---

Appeal from the United States District Court for the Northern District of California in No. 4:14-cv-01647-YGR, Judge Yvonne Gonzalez Rogers.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of SoundHound, Inc.'s motion to revise the caption,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

2 BLUE SPIKE, LLC v. ADOBE SYSTEMS, INC.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25