NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BLUE SPIKE, LLC,**
*Plaintiff-Appellant*

v.

**ADOBE SYSTEMS, INC.,**
*Defendant-Cross-Appellant*

---

2015-1803, 2016-1075

---

Appeals from the United States District Court for the Northern District of California in No. 4:14-cv-01647-YGR, Judge Yvonne Gonzalez Rogers.

---

### O R D E R

The above-captioned appeals appear to be related.

Accordingly,

IT IS ORDERED THAT:

(1) The stay of proceedings in 2015-1803 is lifted.

(2) The appeals will be considered an appeal and cross-appeal. The revised official caption is reflected above.

(3) Blue Spike, LLC's opening brief is due no later than December 14, 2015. Due dates for subsequent briefs

and the joint appendix are to be calculated according to Rules 30 and 31 of the Federal Circuit Rules of Practice.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26